UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:10-CR-21-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER FOR FUNDS FOR |
| ) | INTERPRETER |
| HORACIO VILLEGAS-MARTINEZ, ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon the defendant's motion for funding for a qualified interpreter is for good cause shown GRANTED. Counsel is authorized funding not to exceed $2,400.00 to retain the services of an interpreter.

SO ORDERED.

This the 16 day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE